# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| Thomas P. Tierney | Attorney: |
| Plaintiff | Thomas P. Tierney<br>7 Lomas Drive |
| vs. | Framingham, MA. 01701-3950 |
| Federal Election Commission and Massachusetts Republican State Congressional Committee | |
| Defendant | |
| Case Number: 1:06CV00663 | Court Date:<br>Court Time: |

Legal documents received by Same Day Process Service on August 03rd, 2006 at 10:30 AM to be served upon **Federal Election Commission at 999 E St., NW, Washington, DC. 20463**

I, Brandon A. Snesko, swear and affirm that on **August 04th, 2006 at 12:20 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons & Appeal of Decision of the Federal Election Commission, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial before United States Magistrate Judge.**, to **Collen Sealander** as Assistant General Counsel of the within named agency, to wit: **Federal Election Commission** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'4   Weight: 160   Skin Color: White   Hair Color: Brown   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare that I am a professional process server, eighteen years of age or older and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000000841

Reference Number: Case # 1:06CV00663

RECEIVED
AUG 9 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright 2005-2006 Process Server Central, LLC. All rights reserved.