AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**THOMAS P. TIERNEY,**
   Plaintiff

             SUMMONS IN A CIVIL CASE

V.

**FEDERAL ELECTION COMMISSION and MASSACHUSETTS REPUBLICAN STATE CONGRESSIONAL COMMITTEE,**
   Defendants

CASE NUMBER  1:06CV00663

CASE NU: JUDGE: John D. Bates

DECK TYPE: Administrative Agency Revi

DATE STAMP: 04/11/2006

TO: (Name and address of Defendant)

**Massachusetts Republican State Congressional Committee**
**85 Merrimac Street, Suite 400**
**Boston, MA 02114**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF *PRO SE* (name and address)

**Thomas P. Tierney**
**7 Lomas Drive**
**Framingham, MA 01701-3950**

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        APR 11 2006

CLERK        DATE

(By) DEPUTY CLERK

RECEIVED
AUG 9 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 961-6999

August 7, 2006

Suffolk, ss.

I hereby certify and return that on 8/4/2006 at 9:50AM I served a true and attested copy of the Summons and Complaint and Order in this action in the following manner: To wit, by delivering in hand to Jim Thompson, agent and person in charge at the time of service for Massachusetts Republican State Congressional Committee, at Suite 400, 85 Merrimac Street, Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff George Slyva

RECEIVED
AUG 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Deputy Sheriff

G Returned unexecuted: ______

G Other (specify): ______

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

***DECLARATION OF SERVER***

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.