# AFFIDAVIT OF PROCESS SERVER

United States District Court                District Of Columbia

**Thomas P. Tierney**                        Attorney:

    Plaintiff                             Thomas P. Tierney
                                             7 Lomas Drive
vs.                                          Framingham, MA. 01701-3950

**Federal Election Commission and Massachusetts Republican State Congressional Committee**

    Defendant

**Case Number:** 1:06CV00663                 **Court Date:**
                                             **Court Time:**

Legal documents received by Same Day Process Service on August 03rd, 2006 at 10:30 AM to be served upon **Alberto R. Gonzales, Esq., U.S. Attorney General, U.S. Department of Jusice at 601 D St., NW, Washington, DC. 20004**

I, Brandon A. Snesko, swear and affirm that on **August 04th, 2006 at 12:00 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons & Appeal of Decision of the Federal Election Commission, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial before United States Magistrate Judge.**, to **Willo T. Lee** as **Genral Clerk 2 & Authorized Agent** of the within named agency, to wit: **Attorney General, U.S. Department of Jusice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'4   Weight: 140   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**


I declare that I am a professional process server, eighteen years of age or older and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000843

Reference Number: Case # 1:06CV00663

RECEIVED

AUG 9 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright 2005-2006 Process Server Central, LLC. All rights reserved.