# AFFIDAVIT OF PROCESS SERVER

United States District Court                District Of Columbia

**Thomas P. Tierney**                               Attorney:

    Plaintiff                                       Thomas P. Tierney
                                                    7 Lomas Drive
vs.                                                 Framingham, MA. 01701-3950

**Federal Election Commission and Massachusetts Republican State Congressional Committee**

    Defendant

**Case Number:** 1:06CV00663                        Court Date:
                                                    Court Time:

Legal documents received by Same Day Process Service on August 03rd, 2006 at 10:30 AM to be served upon **Kenneth L. Wainstein, USA at Judiciary Center Building, 555 4th St., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **August 04th, 2006 at 11:35 AM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons & Appeal of Decision of the Federal Election Commission, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial before United States Magistrate Judge.**, to Reginald Rowan as Legal Assistant of the within named agency, to wit: **US Attorney** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 37   Height: 6'2   Weight: 200   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**


I declare that I am a professional process server, eighteen years of age or older and have no interest in the above legal matter.

_(signature)_
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000842

Reference Number: Case # 1:06CV00663

RECEIVED
AUG 9 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright 2005-2006 Process Server Central, LLC. All rights reserved.