UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. TIERNEY,<br>　　　　Plaintiff<br><br>vs.<br><br>FEDERAL ELECTION COMMISSION<br><br>and<br><br>THE MASSACHUSETTS REPUBLICAN<br>STATE CONGRESSIONAL COMMITTEE,<br>　　　　Defendants | Civil Action No.  06-00663 JB |

## MASSACHUSETTS REPUBLICAN STATE CONGRESSIONAL COMMITTEE'S MOTION FOR EXTENSION OF TIME TO FILE

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Massachusetts Republican State Congressional Committee (the "Committee") respectfully requests that the Court extend by twenty days the Committee's time to respond to the Complaint in this matter.

The undersigned counsel were not retained until August 23, 2006, the day before the Committee was required to serve Mr. Tierney with its response to the Complaint.  Pursuant to Local Rule 7(m), Mr. Tierney, who is proceeding pro se, informs us that he does not object to this motion.  Furthermore, because the Federal Election Commission ("FEC") is not required to serve its response until 60 days after it was served, see F.R.C.P. 12(a)(3), granting the Committee a reasonable extension will neither substantially delay proceedings nor unduly prejudice Mr. Tierney.

Accordingly, the Committee respectfully requests that the filing deadline for its response to the Complaint be extended twenty days to September 13, 2006, or to any other date the Court deems proper.

Respectfully submitted,

_____/s/_____
BENJAMIN L. GINSBERG, D.C. Bar # 370658
MITCHELL R. BERGER, D.C. Bar # 385467
PATTON BOGGS LLP
2550 M Street NW
Washington DC 20037
Tel: 202.457.6000
Attorneys for the
Massachusetts Republican State Congressional Committee

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 24th day of August, 2006, a copy of the foregoing motion was served by overnight mail addressed to pro se litigant Thomas P. Tierney at the following address:

Thomas P. Tierney
7 Lomas Drive
Framingham, MA  01701-3950

_____/s/_____
BENJAMIN L. GINSBERG