UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. TIERNEY,<br>　　　　Plaintiff<br><br>vs.<br><br>FEDERAL ELECTION COMMISSION<br><br>and<br><br>THE MASSACHUSETTS REPUBLICAN<br>STATE CONGRESSIONAL COMMITTEE,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-00663 JB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant Massachusetts Republican State Congressional Committee's Motion for Extension of Time, and it appearing to the Court that the granting of Defendant's motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____, 2006:

ORDERED that Defendant Massachusetts Republican State Congressional Committee's Motion for Extension of Time be, and it is, granted, and it is further

ORDERED that the time in which Defendant Massachusetts Republican State Congressional Committee must file its response to Plaintiff's Complaint be, and it is, extended up to and including September 13, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Benjamin L. Ginsberg
Mitchell R. Berger
Patton Boggs LLP
2550 M Street NW
Washington DC 20037

Thomas P. Tierney
7 Lomas Drive
Framingham, MA  01701-3950