CO-386-online
10/03

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| vs    Plaintiff ) ) ) ) ) ) ) ) ) ) Defendant ) | Civil Action No. __1:06CV00663__ |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Mass. Republican State Congressional Committee__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

n/a

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

DC Bar No. 370658
BAR IDENTIFICATION NO.

Benjamin L. Ginsberg
Print Name

2550 M Street NW
Address

Washington      DC       20037
City            State    Zip Code

202.457.6429
Phone Number