UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS P. TIERNEY,<br>　　　Plaintiff<br><br>vs.<br><br>FEDERAL ELECTION COMMISSION<br>*and*<br>THE MASSACHUSETTS REPUBLICAN<br>STATE CONGRESSIONAL COMMITTEE,<br>　　　Defendants. | Civil Action No.<br>1:06CV00663 |

ORDER

Upon consideration of Defendant Massachusetts Republican State Congressional Committee's Motion to Dismiss, and it appearing to the Court that the granting of Defendant's motion would be just and proper, it is by the Court this _____ day of _____, 2006, ORDERED that Defendant Massachusetts Republican State Congressional Committee's Motion to Dismiss be, and it is, granted.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Benjamin L. Ginsberg
Mitchell R. Berger
Patton Boggs LLP
2550 M Street NW
Washington DC 20037

Thomas P. Tierney
7 Lomas Drive
Framingham, MA  01701-3950