IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS P. TIERNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00663 (JDB) |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | FEC'S ANSWER AND |
| And MASSACHUSETTS REPUBLICAN ) | AFFIRMATIVE DEFENSES |
| STATE CONGRESSIONAL ) | |
| COMMITTEE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S
ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Federal Election Commission ("Commission" or "FEC"), through its undersigned counsel, files its Answer and Affirmative Defenses as follows to the numbered paragraphs of plaintiffs' complaint in this litigation. The Commission DENIES everything not specifically given a response:

1. ADMITS.

2. ADMITS.

3. The Commission ADMITS that the Massachusetts Republican State Committee is a federal political committee as described in the Complaint, but DENIES that the aforementioned entity is a proper defendant in this action because 2 U.S.C. 437g(a)(8), the only statutory basis for this action, does not authorize suits of this type against private parties.

4. The Commission ADMITS that it received plaintiff's administrative complaint on

      November 12, 2004 and that a copy of that document is attached to the plaintiff's Complaint.

5.     The Commission ADMITS that plaintiff has attached copies of the documents described in this paragraph to plaintiff's Complaint in this litigation, but DENIES that either the February 22, 2006 letter to plaintiff or the six-page February 7, 2006 First General Counsel's Report constitute the decision of the Commission regarding plaintiff's administrative complaint (although the First General Counsel's Report does set out the rationale on which judicial review of the Commission's decision is to be based).  The Commission ADMITS that the one-page Certification of the Secretary to the Commission officially records and commemorates the decision of the Commission about which plaintiff complains.  All of these documents speak for themselves.

6.     DENIES.

7.     No response is required to plaintiff's request for relief or for a trial by jury, but insofar as an answer is deemed necessary, the Commission DENIES that plaintiff is entitled to any of the relief requested therein.

8.     No response to this paragraph is required.

9.     No response to this paragraph is required.

10.     No response to this paragraph is required.

11.     No response to this paragraph is required.

12.     No response to this paragraph is required.

## AFFIRMATIVE DEFENSES

1. This court lacks subject matter jurisdiction over this action.

2. Plaintiff's complaint fails to state a claim upon which relief can be granted.

                Respectfully submitted,

                /s/ Lawrence H. Norton
                Lawrence H. Norton
                General Counsel

                /s/ Richard B. Bader
                Richard B. Bader
                Associate General Counsel
                (D.C. Bar # 911073)

                /s/ Colleen T. Sealander
                Colleen T. Sealander
                Assistant General Counsel

                /s/ Benjamin A. Streeter III
                Benjamin A. Streeter III
                Attorney

October 3, 2006          FOR THE DEFENDANT
                              FEDERAL ELECTION COMMISSION
                              999 E Street, N.W.
                              Washington, D.C. 20463
                              (202) 694-1650