IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. TIERNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00663 (JDB) |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | CERTIFICATE OF SERVICE |
| And MASSACHUSETTS REPUBLICAN ) | |
| STATE CONGRESSIONAL ) | |
| COMMITTEE, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Benjamin A. Streeter III, an attorney of record, hereby certify that I served the foregoing Answer of the defendant Federal Election Commission upon the following parties to this action:

Plaintiff Thomas P. Tierney  
7 Loma Drive  
Framingham, MA 01701-3950  

Defendant Massachusetts Republican State  
 Congressional Committee  
85 Merrimac Street, Suite 400  
Boston, MA 02114

Service was made on the aforementioned parties by depositing a copy of the same, first class postage prepaid, into the United States Mail before 4:00 pm this 3rd Day of October, 2006.

/s/ Benjamin A. Streeter III