AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Thomas P. Tierney,

      Plaintiff(s) )

vs. )

Federal Election Commission, and Massachusetts )
Republican State Congressional Committee, )

      Defendant(s) )

**APPEARANCE**

CASE NUMBER   1:06cv00663 (JDB)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Richard B. Bader  as counsel in this
          (Attorney's Name)

case for: Federal Election Commission
      (Name of party or parties)

12 October 2006
Date

_(signature)_
Signature

Richard B. Bader
Print Name

911073
BAR IDENTIFICATION

999 E Street, NW
Address

Washington, DC 20463
City    State    Zip Code

(202) 694-1650
Phone Number