AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Thomas P. Tierney,

      Plaintiff(s)    )

      vs.    )
Federal Election Commission, and Massachusetts
Republican State Congressional Committee,

      Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06cv00663 (JDB)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Colleen T. Sealander__ as counsel in this
                (Attorney's Name)

case for: __Federal Election Commission__
        (Name of party or parties)

12 October 2006
Date

BAR IDENTIFICATION

_[signature]_
Signature

Colleen T. Sealander
Print Name

999 E Street, NW
Address

Washington, DC 20463
City    State    Zip Code

(202) 694-1650
Phone Number