UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. TIERNEY,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL ELECTION COMMISSION<br>and MASSACHUSETTS REPUBLICAN<br>STATE CONGRESSIONAL COMMITTEE,<br><br>    Defendants. | Civil Action No.  06-0663 (JDB) |

## ORDER

    Defendant Massachusetts Republican State Congressional Committee filed a motion to dismiss on September 12, 2006, and to date, plaintiff, who is representing himself, has not filed a response.  In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  Id. at 509.

    Accordingly, the Court wishes to advise plaintiff that he must respond to defendant's previously filed motion by not later than November 1, 2006.  If plaintiff does not respond, the Court may grant the motion as conceded and dismiss defendant Massachusetts Republican State Congressional Committee from this action.

    SO ORDERED.

                                                      /s/
                                       JOHN D. BATES
                                 United States District Judge

Dated:    October 18, 2006