UNITED STATES OF AMERICA
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action Number: 1:06CV00663-JDB

| | |
|---|---|
| THOMAS P. TIERNEY,<br>  Plaintiff<br><br>vs.<br><br>FEDERAL ELECTION COMMISSION<br>and MASSACHUSETTS REPUBLICAN<br>STATE CONGRESSIONAL<br>COMMITTEE<br>  Defendants | PLAINTIFF'S OPPOSITION TO<br>DEFENDANT MASSACHUSETTS<br>REPUBLICAN STATE<br>CONGRESSIONAL COMMITTEE'S<br>MOTION TO DISMISS |

Plaintiff/Appellant Thomas P. Tierney ["Tierney"] hereby opposes the noted motion to dismiss.

Tierney also calls the Court's attention to the same-time filed Motion of Plaintiff to allow the filing of a Supplement to this brief. This supplemental filing would allow the Plaintiff, who has not yet retained counsel but expects to in the near future, to utilize said counsel in crafting pleadings that would be more helpful to the Court in understanding the malfeasance perpetrated by both Defendant's than the following product that has been produced by a pro se Plaintiff with minimal legal training.

That being said Plaintiff, at the moment, opposes the noted motion for the following reasons:

RECEIVED
NOV 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. The Plaintiff can "prove (a) set of facts" relating to the asserted malfeasance and, in fact, already has in his complaint. FEC documents showing that close to $4 Million in monies [that were designated for the support of 5 Republican Congressional candidates during the 2004 election cycle] were diverted [except for $590.00 which went to one of the five] from them is prima facie proof. Moreover, the Plaintiff will produce witness that will testify that said diversion was orchestrated by Massachusetts Governor Mitt Romney to fund his 2002-2004 calendar year efforts to enhance the Republican Party presence in the Massachusetts Legislature.

2. The Plaintiff does have a "Right of Action Against the Committee". They were the ones who breached their fiduciary duties by diverting federal monies they held in trust which were supposed to have been used for the benefit of Massachusetts voters [the trust beneficiaries]. These funds were supposed to be used to enable these voters to better understand the Federal candidates seeking them out. The assertion that the proximate intended recipients of said trust funds [the federal candidates approaching voters] who were denied their due can't complain against those who denied them is obfuscation.

3. The Committee argument that they are "Not obligated to Disburse Funds . . . to Federal Candidates" while valid in the singular is invalid in the global plural. This argument makes sense if the Committee selectively distributes funds to certain campaigns. However, it makes no sense if all candidates are preempted. In this instance the question being begged is why was the money raised in the first place. And the answer, of course, is the Romney scam noted above which the Plaintiff will prove at trial.

4. Notice - Copies of this 3-page filing are being mailed [simultaneous with the submission to the Court of this document and via postage-prepaid United States Postal Service First Class Mail] to both Defendants.

*Signed under the pains and penalties of perjury this thirty-first day of October 2006.*

                                                          **Thomas P. Tierney,**
                                                        **Plaintiff Pro Se**

UNITED STATES OF AMERICA
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action Number: 1:06CV00663-JDB

| | |
|---|---|
| THOMAS P. TIERNEY,  )<br>   Plaintiff                        )<br>                                        )<br>vs.                                  )<br>                                        )<br>FEDERAL ELECTION COMMISSION )<br>and MASSACHUSETTS REPUBLICAN )<br>STATE CONGRESSIONAL        )<br>COMMITTEE                       )<br>   Defendants                    )<br>                                        ) | PLAINTIFF'S MOTION REQUESTING PERMISSION TO SUPPLEMENT HIS "PLAINTIFF'S OPPOSITION TO DEFENDANT MASSACHUSETTS REPUBLICAN STATE CONGRESSIONAL COMMITTEE'S MOTION TO DISMISS" THAT IS BEING FILED CONCURRENTLY |

Plaintiff/Appellant Thomas P. Tierney ["Tierney"] hereby requests that he be allowed to supplement the noted motion to dismiss and suggests to the Court that they allow him until December 18, 2006 to so file.

Tierney believes the granting of this motion would be beneficial to the Court in that it would allow Tierney to bring argument to the Court that will have been crafted by knowledgeable lawyers in lieu of the noted pro se "Opposition . . ." document that is being filed concurrently with this motion.

Notice - Copies of this 1-page filing are being mailed [simultaneous with the submission to the Court of this document and via postage-prepaid United States Postal Service First Class Mail] to both Defendants.

*Signed under the pains and penalties of perjury this thirty-first day of October 2006.*

*[signature]*
Thomas P. Tierney,
Plaintiff Pro Se