UNITED STATES OF AMERICA
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action Number: 1:06CV00663-JDB

| | |
|---|---|
| THOMAS P. TIERNEY,<br>    Plaintiff<br><br>vs.<br><br>FEDERAL ELECTION COMMISSION<br>and MASSACHUSETTS REPUBLICAN<br>STATE CONGRESSIONAL<br>COMMITTEE<br>    Defendants | PLAINTIFF'S MOTION REQUESTING<br>AN EXTENSION OF THE DEADLINE<br>TO FILE A SUPPLEMENT TO HIS<br>"PLAINTIFF'S OPPOSITION TO<br>DEFENDANT MASSACHUSETTS<br>REPUBLICAN STATE<br>CONGRESSIONAL COMMITTEE'S<br>MOTION TO DISMISS" THAT WAS<br>FILED ON OCTOBER 31, 2006 |

1. Plaintiff Thomas P. Tierney ["Tierney"] hereby requests that he be allowed an extension of the December 18, 2006 deadline to file the noted Supplement and suggests to the Court that they allow him until March 1, 2007 to make this filing.

2. Background - Tierney filed a document pro se with the Court on October 31, 2006 [the day before said document's November 1, 2006 filing deadline] entitled "PLAINTIFF'S OPPOSITION TO DEFENDANT MASSACHUSETTS REPUBLICAN STATE CONGRESSIONAL COMMITTEE'S MOTION TO DISMISS".

Tierney also concurrently requested that he be allowed to file a supplement to the noted opposition on or before December 18, 2006 and the Court granted this request.

Tierney stated when he made his concurrent request that he believed the granting of same "would be beneficial to the Court in that it would allow Tierney to bring argument to the Court that will have been crafted by knowledgeable lawyers in lieu of the noted pro se 'Opposition . . .' ".

RECEIVED
DEC 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Tierney apologizes to the Court and to both Defendants for not filing by the original December 18, 2006 extension date; and warrents to the Court, if a second time extension is granted and Tierney finds himself eventually requesting yet a third extension, that said third extension will be his last such request and that it will be for no more than seven (7) days.

4. Tierney hereby informs the Court that he retained counsel yesterday and calls the Court's attention to the "MOTION PRO HAC VICE" that is being filed concurrently with this motion.

5. Tierney also states that he believes that the reasoning he presented in his October 31, 2006 filing extension request [which is summarized above in the third paragraph of Section 2 of this motion] is applicable to this successor motion as well.

*Signed under the pains and penalties of perjury this sixteenth day of December 2006.*

                                                      Thomas P. Tierney,
                                                     Plaintiff Pro Se

CERTIFICATE OF SERVICE

The undersigned maker of the foregoing motion certifies that on the 16th day of December 2006, a copy of this motion was served on Defendant Massachusettes Republican State Congressional Committee by a United States Postal Service First Class Mailing to its counsel who are identified as follows:

>Benjamin L. Ginsberg, D.C. BAR # 370658
>Mitchell R. Berger, D.C. Bar # 385467
>PATTON BOGGS, LLP
>2550 M Street, NW
>Washington, DC 20037
>
>Tel. 202-457-6000

The undersigned maker of the foregoing motion also certifies that on the 16th day of December 2006, a copy of this motion was served on Defendant Federal Election Commission by a United States Postal Service First Class Mailing to its counsel who are identified as follows:

>Lawrence H. Norton, Esq.
>Colleen T. Sealander, Esq.
>Richard B. Bader, Esq.
>FEDERAL ELECTION COMMISSION
>999 E Street, NW
>Washington, DC 20463
>
>Tel. 202-694-1650

*Signed under the pains and penalties of perjury this sixteenth day of December, 2006.*

>Thomas P. Tierney, Plaintiff, pro se
>**7 Lomas Drive**
>**Framingham, MA 01701-3950**
>  **Telephone - (508)877-3700**
>  **FAX -------- (508)877-7578**
>**E-mail---Tptactuary@aol.com**