UNITED STATES OF AMERICA
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action Number:  1:06CV00663-JDB

|  |  |
|---|---|
| THOMAS P. TIERNEY,<br>    Plaintiff<br><br>vs.<br><br>FEDERAL ELECTION COMMISSION<br>and MASSACHUSETTS REPUBLICAN<br>STATE CONGRESSIONAL<br>COMMITTEE<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S SUPPLEMENT TO
PLAINTIFF'S 10-31-2006 OPPOSITION
TO DEFENDANT MASSACHUSETTS
REPUBLICAN STATE
CONGRESSIONAL COMMITTEE'S
MOTION TO DISMISS

and

MOTION REQUESTING PERMISSION
TO AMEND COMPLAINNT

RECEIVED

FEB  5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Thomas P. Tierney ["Tierney"] thanks the Court for allowing him the time extension to

file this supplement and hereby states:

# BACKGROUND

1.  Tierney filed suit pro se in the Federal District Court for the District of Columbia on

4-10-2006 against Defendant Federal Election Commission ["the FEC"] and Defendant

Massachusetts Republican State Congressional Committee ["the Mass. Committee"].  The

essence of the complaint was that the FEC failed to prevent the Mass. Committee from diverting

approximately $4 Million of "federal" purpose money to non-"federal" purposes.

2.  The Mass. Committee filed a "MOTION TO DISMISS . . . Complaint against it" on

9-12-2006 and the FEC filed an "ANSWER AND AFFIRMATIVE DEFENSES" on 10-3-2006.

3.  Tierney filed a pro se "OPPOSITION" to the Mass. Committee's "MOTION TO DISMISS" on 10-31-2006 and was granted permission by the Court on 11-2-2006 to file a supplement to his "OPPOSITION" on or before 12-18-2006. Tierney retained counsel on 12-16-2006 and, as a result, was granted another extension by the Court on 12-22-2006 to file his supplement. This filing, which is due 2-5-2007, is the noted supplement.

4.  The attorney Tierney retained on 12-16-2006 [William F. Hurley of Cummins & Associates, Ltd. (located at Suite 600, 208 N. LaSalle St., Chicago, IL 60610 - - - tel. 312-464-9840)] filed a "MOTION PRO HAC VICE" with the Court that same day in order to represent him. This motion was returned to Attorney Hurley by the Court Clerk for procedural changes on 12-19-2006 but it was, unbeknownst to Tierney until this week, never procedurally corrected and re-filed. Attorney Hurley informed Tierney, to Tierney's surprise, on 1-31-2007 that neither he nor his firm could represent Tierney with this filing, that Tierney would have to file this supplement pro se and that they also couldn't assist Tierney with this pro se effort. Tierney objected to their withdrawal but was unable to persuade them to stay on the case.

5.  Tierney mentions the representation problems noted in Section 4 above for information purposes only. The Court has already granted him two time extensions to respond to the Mass. Committee's "MOTION TO DISMISS" and he request no further extension or indulgence from it. Tierney apologize to the Court and to both Defendant's for the delay.

## Mass. Committee's "MOTION TO DISMISS"

6.  Tierney withdraws his opposition to the Mass. Committee's "MOTION TO DISMISS" but requests, for the reasons noted in Section 7 below, that the Court, if it chooses to approve the "MOTION TO DISMISS", grant it without prejudice. Tierney withdrawal is prompted by the fact that he now understands, from his discussions with the Cummins law firm, that he doesn't have standing to sue the Mass. Committee in the DC Federal District Court.

7.   Tierney wants any dismissal to be "without prejudice", however, because he also understands that he may have standing to sue the Mass. Committee in state court in Massachusetts.  Tierney also notes that the remaining arguments [besides "standing"] made by the Mass. Committee in its motion [or procedural problems it therein mentions] are refutable or curable and, for those reasons as well, Tierney wants any dismissal to be "without prejudice". For instance: (i) Tierney's purported failure to "Allege an Actual Violation" can be cured by amending his complaint; and (ii) the fact that applicable Federal Election statutes don't have a specific black-letter requirement that federal funds must be "spent in support of federal candidates" doesn't give the Mass. Committee license to spend all of their resources on non-"federal" activities - - - there is still a requirement; a gap in the applicable statutes, if a real and not a pretended one exists, just has to be fleshed out by the Courts, the FEC, donor intentions, public expectations and an examination of the patterns and practices of similar committees in other states.

# MOTION TO AMEND COMPLAINT

8.   Tierney hereby requests permission from the Court to amend his original complaint.  The purpose of this amendment would be to clarify various procedural problems with same that were noted by both defendants, to specify a remedy [the diverted funds must be restored] and to make more exacting reference to applicable law.  Tierney would like to have until April 9, 2007 to file this amendment.

*Signed under the pains and penalties of perjury this third day of February 2007.*

**Thomas P. Tierney,**
**Plaintiff Pro Se**

## CERTIFICATE OF SERVICE

The undersigned maker of the foregoing supplement and motion certifies that on the 3rd day of February 2007, a copy of this supplement and motion was served on Defendant Massachusettes Republican State Congressional Committee by a United States Postal Service First Class Mailing to its counsel who are identified as follows:

>Benjamin L. Ginsberg, D.C. BAR # 370658
>Mitchell R. Berger, D.C. Bar # 385467
>PATTON BOGGS, LLP
>2550 M Street, NW
>Washington, DC 20037
>
>Tel. 202-457-6000

The undersigned maker of the foregoing supplement and motion also certifies that on the 3rd day of February 2007, a copy of this supplement and motion was served on Defendant Federal Election Commission by a United States Postal Service First Class Mailing to its counsel who are identified as follows:

>Lawrence H. Norton, Esq.
>Colleen T. Sealander, Esq.
>Richard B. Bader, Esq.
>FEDERAL ELECTION COMMISSION
>999 E Street, NW
>Washington, DC 20463
>
>Tel. 202-694-1650

*Signed under the pains and penalties of perjury this third day of February, 2007.*

**Thomas P. Tierney, Plaintiff, pro se**
**7 Lomas Drive**
**Framingham, MA 01701-3950**
**Telephone - (508)877-3700**
**FAX -------- (508)877-7578**
**E-mail---Tptactuary@aol.com**