**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

**THOMAS P. TIERNEY,**

    **Plaintiff,**

       **v.**

**FEDERAL ELECTION COMMISSION
and MASSACHUSETTS REPUBLICAN
STATE CONGRESSIONAL COMMITTEE,**

    **Defendants.**

Civil Action No.  06-0663 (JDB)

---

## ORDER

Defendant Massachusetts Republican State Congressional Committee ("the Committee")
filed a motion to dismiss on September 12, 2006.  In response, plaintiff has submitted that he
wishes to dismiss his claims against the Committee without prejudice.  Indeed, Fed. R. Civ. P.
41(a)(1) authorizes a plaintiff to dismiss a claim "without order of court (i) by filing a notice of
dismissal at any time before service by the adverse party of an answer or of a motion for
summary judgment."  The rule further provides that "[u]nless otherwise stated in the notice of
dismissal . . . , the dismissal is without prejudice" absent a prior dismissal of the same claim in
another federal or state action.  Id.  The Committee has not filed an answer or motion for
summary judgment, nor does it contend that plaintiff has obtained a dismissal of the same claim
in another action.  Plaintiff is thus entitled to a dismissal without prejudice, notwithstanding the
Committee's objection.

Plaintiff also moves for leave to file an amended complaint against defendant Federal
Election Commission, but has failed to attach the proposed amended complaint as required by

Fed. R. Civ. P. 15(a) and Local Civil Rule 15.1.

Accordingly, it is hereby

ORDERED that plaintiff's claim against the Massachusetts Republican State

Congressional Committee is DISMISSED WITHOUT PREJUDICE; it is further

ORDERED that plaintiff's motion for leave to amend the complaint is DENIED

WITHOUT PREJUDICE; and it is further

ORDERED that plaintiff may file a renewed motion for leave to amend the complaint

(which shall include the proposed amended complaint) by not later than April 9, 2007.

SO ORDERED.

_____/s/_____
JOHN D. BATES
United States District Judge

Dated:   February 16, 2007