UNITED STATES OF AMERICA
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action Number: 1:06CV00663-JDB

| | |
|---|---|
| THOMAS P. TIERNEY,<br>Plaintiff<br><br>vs.<br><br>FEDERAL ELECTION COMMISSION<br>Defendant | MOTION REQUESTING PERMISSION<br>TO AMEND COMPLAINT |

1. Plaintiff Thomas P. Tierney ["Tierney"] hereby requests the Court's permission to amend the Appeal Complaint filed in this matter on April 11, 2006 by allowing him to file the proposed 16-page complaint amendment [a 5-page corpus plus an 11-page appendix] attached hereto.

2. Tierney believes the filing of this amendment would be beneficial to the Court and the Parties since it specifies more clearly than its predecessor the alleged Defendant malfeasance and the remedy being sought.

3. Tierney thanks the Court for the time extension it granted him to file this motion.

*Signed under the pains and penalties of perjury this seventh day of April 2007.*

Thomas P. Tierney, Plaintiff Pro Se
7 Lomas Drive
Framingham, MA 01701-3950
Telephone - (508)877-3700
FAX -------- (508)877-7578
E-mail---Tptactuary@aol.com

## CERTIFICATE OF SERVICE

The undersigned maker of the foregoing motion certifies that on the 7th day of April 2007, a copy of this motion and its attachment was served on Defendant Federal Election Commission by a United States Postal Service First Class Mailing to its counsel who are identified as follows:

>Colleen T. Sealander, Esq.
>Benjamin A. Streeter, III, Esq.
>FEDERAL ELECTION COMMISSION
>999 E Street, NW
>Washington, DC 20463
>
>Tel. 202-694-1650

*Signed under the pains and penalties of perjury this seventh day of April 2007.*

*[signature]*

**Thomas P. Tierney, Plaintiff pro se**
**7 Lomas Drive**
**Framingham, MA 01701-3950**
  **Telephone - (508)877-3700**
  **FAX -------- (508)877-7578**
  **E-mail---Tptactuary@aol.com**