UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. TIERNEY,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | Civil Action No. 06-0663 (JDB) |

## ORDER

Upon consideration of plaintiff's unopposed motion for leave to file an amended complaint, and pursuant to Fed. R. Civ. P. 15(a), it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that the Clerk of the Court shall docket plaintiff's proposed amended complaint (Doc. No. 19-2) forthwith; and it is further

ORDERED that defendant shall respond to the amended complaint by not later than May 7, 2007.

SO ORDERED.

                                    /s/
                            JOHN D. BATES
                        United States District Judge

Dated:   April 26, 2007