IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS P. TIERNEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:06CV00663 (JDB) |
| FEDERAL ELECTION COMMISSION, | ) ) ) | FEC'S ANSWER AND AFFIRMATIVE DEFENSES |
| Defendant. | ) ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S
ANSWER TO FIRST AMENDED COMPLAINT**

Defendant Federal Election Commission ("Commission" or "FEC"), through its undersigned counsel, files its Answer and Affirmative Defenses as follows to the numbered paragraphs of Plaintiffs' First Amended Complaint in this litigation. The Commission DENIES everything not specifically given a response:

1. This paragraph merely presents an abbreviated procedural history of this cause of action to which no response is required.

2. The Commission ADMITS the allegations contained in this paragraph.

3. The Commission lacks sufficient information at this time to respond to the allegations contained in this paragraph pertaining to Plaintiff's efforts to obtain general election support from the Massachusetts Republican State Committee ("MRSC") and the comparative success of the Republican congressional nominees in the Massachusetts November 2, 2004 general election.

4. The Commission ADMITS that it received plaintiff's administrative complaint dated October 25, 2004, that Plaintiff attached a true and correct copy of his

administrative complaint to his First Amended Complaint in this case, and that Plaintiff has accurately quoted the "Summary" paragraph stated therein. The Commission lacks information sufficient to permit it to respond to Plaintiff's allegations regarding the reasons for which he filed the administrative complaint.

5. The Commission ADMITS that Plaintiff has attached a true and correct copy of its February 22, 2006 notification letter to Plaintiff advising him of the Commission's dismissal of his administrative complaint, as well as the General Counsel's Report that contains the reasons for the Commission's dismissal. The Commission also ADMITS that the Commission dismissed Plaintiff's administrative complaint by a vote of four or more Commissioners. The Commission DENIES the remaining allegations of this paragraph.

6. This paragraph contains additional procedural history concerning this case to which no response is required.

7. The Commission ADMITS that it relied upon, <u>inter alia</u>, the reasoning in the two quoted statements in dismissing Plaintiff's administrative complaint but DENIES that the rationale employed by the FEC in that dismissal is erroneous.

8. This paragraph contains Plaintiff's legal arguments and conclusions to which no response is required. The Commission lacks information sufficient to respond to the allegations concerning Plaintiff's alleged witness and what testimony that witness might provide if there were to be a trial in this case.

9. This paragraph contains Plaintiff's legal arguments and conclusions to which no response is required.

10. This paragraph contains Plaintiff's legal arguments and conclusions to which no

response is required.

## PRAYER FOR RELIEF

WHEREFORE, defendant Federal Election Commission respectfully requests that this Honorable Court deny all the relief requested by Plaintiff in this cause of action.

## AFFIRMATIVE DEFENSES

1. This court lacks subject matter jurisdiction over this action.

2. Plaintiff's complaint fails to state a claim upon which relief can be granted.

                Respectfully submitted,

                /s/Thomasenia P. Duncan
                Thomasenia P. Duncan
                Acting General Counsel

                /s/ David B. Kolker
                David B. Kolker
                Acting Associate General Counsel
                (D.C. Bar #394558)

                /s/ Colleen T. Sealander
                Colleen T. Sealander
                Assistant General Counsel

                /s/ Benjamin A. Streeter III
                Benjamin A. Streeter III
                Attorney

May 7, 2007                FOR THE DEFENDANT
                                  FEDERAL ELECTION COMMISSION
                                  999 E Street, N.W.
                                  Washington, D.C. 20463
                                  (202) 694-1650

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. TIERNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06CV00663 (JDB) |
| | ) |
| FEDERAL ELECTION COMMISSION, | ) CERTIFICATE OF SERVICE |
| And MASSACHUSETTS REPUBLICAN | ) |
| STATE CONGRESSIONAL | ) |
| COMMITTEE, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

  I, Colleen T. Sealander, an attorney of record, hereby certify that I served the foregoing

Answer of the defendant Federal Election Commission upon the following:

Plaintiff Thomas P. Tierney
7 Loma Drive
Framingham, MA 01701-3950

Service was made on the aforementioned party by depositing a copy of the same, first class

postage prepaid, into the United States Mail this 7th day of May, 2007.


         /s/ Colleen T. Sealander
         Assistant General Counsel
         FEDERAL ELECTION COMMISSION
         999 E Street, N.W.
         Washington, D.C. 20463
         (202) 694-1650