UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS P. TIERNEY,

 Plaintiff,

 v.          Civil Action No.  06-0663 (JDB)

FEDERAL ELECTION COMMISSION,

 Defendant.

## ORDER

 Defendant has now answered plaintiff's amended complaint seeking review of a decision of the Federal Election Commission.  The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to an action for review on the administrative record.  See Local Civil Rule 16.3 (b)(1).  The Court has reviewed the complaint and the answer in this case. Defendant raises grounds for dismissal or summary judgment but has not yet filed a dispositive motion. Accordingly, it is hereby

 **ORDERED** that the parties shall confer and submit by not later than May 22, 2007 a proposed briefing schedule for the filing of dispositive motions to resolve this matter.  In the event the parties cannot agree, separate proposals shall be filed by that date.

              /s/
             JOHN D. BATES
            United States District Judge

Dated:  May 8, 2007