IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS P. TIERNEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06CV00663 (JDB) |
| FEDERAL ELECTION COMMISSION, | ) ) ) | JOINT PROPOSED BRIEFING SCHEDULE |
| Defendant. | ) ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to the May 8, 2007 Order of this Court, the parties conferred by telephone on Thursday, May, 17, 2007 in an attempt to agree upon a proposed briefing schedule for the filing of dispositive motions to resolve this matter. Participating in the telephonic conference were plaintiff Thomas P. Tierney, pro se, and Benjamin A. Streeter III for defendant Federal Election Commission. At the conclusion of that conference the parties had agreed to the following proposed schedule for briefing any dispositive motions that the parties may wish to file. The parties anticipate that cross-motions will be filed:

June 26, 2007          Parties shall file their dispositive motions, if any.

July 24, 2007          Parties shall file their Oppositions to any dispositive motion.

August 14, 2007     Parties shall file their Reply Briefs, if desired.

Plaintiff Thomas Tierney has authorized the undersigned counsel to represent to the Court his full concurrence in this proposed schedule.

WHEREFORE, the parties respectfully request that this Court enter their Joint Proposed Briefing Schedule.

                              Respectfully submitted,

/s/ Thomas P. Tierney (by BAS)  
Plaintiff

/s/ Thomasenia P. Duncan  
Thomasenia P. Duncan  
General Counsel

/s/ David B. Kolker  
David B. Kolker  
Acting Associate General Counsel  
(D.C. Bar #394558)

/s/ Colleen T. Sealander  
Colleen T. Sealander  
Assistant General Counsel

/s/ Benjamin A. Streeter III  
Benjamin A. Streeter III  
Attorney

May 22, 2007

FOR THE DEFENDANT  
FEDERAL ELECTION COMMISSION  
999 E Street, N.W.  
Washington, D.C. 20463  
(202) 694-1650

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. TIERNEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL ELECTION COMMISSION, )<br>)<br>Defendants. ) | Case No. 1:06CV00663 (JDB)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I, Benjamin A. Streeter III, an attorney of record, hereby certify that I served the foregoing Joint Briefing Schedule of the Parties upon the following:

Plaintiff Thomas P. Tierney
7 Loma Drive
Framingham, MA 01701-3950

Service was made on the aforementioned party by depositing a copy of the same, first class postage prepaid, into the United States Mail this 22nd day of May, 2007.

                                                 /s/ Benjamin A. Streeter III
                                                 Attorney
                                                 FEDERAL ELECTION COMMISSION
                                                 999 E Street, N.W.
                                                 Washington, D.C.  20463
                                                 (202) 694-1650