IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS P. TIERNEY, | ) | |
| | ) | |
| | ) | Case No. 1:06CV00663 (JDB) |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S
MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

The Federal Election Commission ("Commission" or "FEC") moves to dismiss the April 26, 2007 amended complaint of plaintiff Thomas Tierney for lack of subject matter jurisdiction because Tierney lacks standing to challenge the Commission's underlying dismissal of his administrative complaint.  In the alternative, if the Court does have jurisdiction, the Commission moves for summary judgment pursuant to Fed. R. Civ. P. 56 on the grounds that there exists no genuine dispute of material facts and that its dismissal of the administrative complaint decision was not "contrary to law," 2 U.S.C. § 437g(a)(8)(C).

Respectfully submitted,

/s/ Thomasenia P. Duncan
Thomasenia P. Duncan
General Counsel

/s/ David Kolker
David Kolker
Acting Associate General Counsel
(D.C. Bar # 394558)

/s/ Benjamin A. Streeter III
Benjamin A. Streeter III
Attorney

June 26, 2007                    FOR THE DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463
(202) 694-1650

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS P. TIERNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV00663 (JDB) |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | PROPOSED ORDER |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Federal Election Commission's Motion to Dismiss or, In the Alternative, for Summary Judgment, the matter having been fully briefed by the parties and the Court having taken into due consideration all submissions by the parties;

IT IS HEREBY ORDERED that the Amended Complaint of plaintiff Thomas Tierney is dismissed with prejudice for lack of subject matter jurisdiction and that the Federal Election Commission's dismissal of the underlying administrative complaint was not contrary to law.

Entered this _____ day of _____, 2007.


_____

United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS P. TIERNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV00663 (JDB) |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Benjamin A. Streeter III, an attorney of record, hereby certify that I served the

foregoing Federal Election Commission's Motion to Dismiss or, In the Alternative, for Summary

Judgment and Memorandum of Law in Support thereof upon the following:

Plaintiff Thomas P. Tierney
7 Loma Drive
Framingham, MA 01701-3950

Service was made on the aforementioned party by depositing a copy of the same, first class

postage prepaid, into the United States Mail this 26th day of June, 2007.

/s/ Benjamin A. Streeter III
Attorney
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C.  20463
(202) 694-1650