IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. TIERNEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06CV00663 (JDB) |
| FEDERAL ELECTION COMMISSION, | ) PROPOSED ORDER |
| Defendants. | ) |

**ORDER**

Upon consideration of the Federal Election Commission's Motion to Dismiss or, In the Alternative, for Summary Judgment, the matter having been fully briefed by the parties and the Court having taken into due consideration all submissions by the parties;

IT IS HEREBY ORDERED that the Amended Complaint of plaintiff Thomas Tierney is dismissed with prejudice for lack of subject matter jurisdiction and that the Federal Election Commission's dismissal of the underlying administrative complaint was not contrary to law.

Entered this _____ day of _____, 2007.

_____

United States District Judge