UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. TIERNEY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant. | Civil Action No. 06-0663 (JDB) |

### ORDER

Upon consideration of [#27] defendant Federal Election Commission's motion to dismiss or, in the alternative, for summary judgment, and [#28] plaintiff's motion for judgment on the pleadings, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; it is further

**ORDERED** that plaintiff's motion for judgment on the pleadings is **DENIED**; and it is further

**ORDERED** that this action is dismissed in its entirety.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:   March 12, 2008