UNITED STATES OF AMERICA
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action Number: 1:06CV00663-JDB

| | |
|---|---|
| THOMAS P. TIERNEY, )<br>   Plaintiff )<br>)<br>vs. )<br>)<br>FEDERAL ELECTION COMMISSION, )<br>   Defendant )<br>) | NOTICE OF APPEAL |

Notice is hereby given that Thomas P. Tierney [the sole plaintiff in the above named case] hereby appeals to the United States Court of Appeals for the District of Columbia from Orders (a) granting Defendant's motion to dismiss, (b) denying Plaintiff's motion for a judgment on the pleadings and (c) dismissing this action in its entirety that were entered in this action on the twelfth day of March 2008.

Respectfully filed

*And signed under the pains and penalties of perjury this eighth day of May 2008.*

Thomas P. Tierney, Plaintiff Pro Se
7 Lomas Drive
Framingham, MA 01701-3950
   508-877-3700(voice)
   508-877-7578(FAX)
Tptactuary@aol.com

RECEIVED
MAY -9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT