UNITED STATES OF AMERICA
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action Number: 1:06CV00663-JDB

|  |  |
|---|---|
| THOMAS P. TIERNEY,<br>   Plaintiff/Appellant<br><br>vs.<br><br>FEDERAL ELECTION COMMISSION,<br>   Defendant/Appellee | CERTIFICATE OF APPELLANT<br>FILED PURSUANT TO<br>F.R.C.P. RULE No. 10(b)(1)(B) |

1. NOW COMES the Plaintiff/Appellant Thomas P. Tierney and states [pursuant to the Federal Rules of Civil Procedure Rule No. 10(b)(1)(B) certification requirement] that "no transcript will be ordered".

Respectfully filed

*And signed under the pains and penalties of perjury this twenty-first day of May 2008.*

Thomas P. Tierney
   Plaintiff/Appellant Pro Se
7 Lomas Drive
Framingham, MA 01701-3950
   508-877-3700(voice)
   508-877-7578(FAX)
Tptactuary@aol.com

RECEIVED
MAY 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned filer of the foregoing F.R.C.P. Rule No. 10(b)(1)(B) certificate certifies that on the 21st day of May 2008, a copy of the noted F.R.C.P. Rule No. 10(b)(1)(B) certificate was served on Defendant Federal Election Commission by a United States Postal Service First Class Mailing to its counsel who are identified as follows:

>Holly Baker, Esq.
>FEDERAL ELECTION COMMISSION
>999 E Street, NW
>Washington, DC 20463
>
>Tel. 202-694-1650

*Signed under the pains and penalties of perjury this twenty-first day of May 2008.*

>*[signature]*
>Thomas P. Tierney
>  Plaintiff/Appellant Pro Se
>7 Lomas Drive
>Framingham, MA 01701-3950
>  508-877-3700(voice)
>  508-877-7578(FAX)
>Tptactuary@aol.com